## No. 7057.

### ANNA WATSON VS. WINTER & HUNTER.

When an injunction has been granted under Arts. 739 and 740 of the Code of Practice, and the debtor has arrested the sale of his mortgaged property for any of the causes therein set forth, no damages can be allowed in the judgment of dissolution.

APPEAL from the District Court for Tensas.   HOUGH, J.

*J. W. Montgomery* and *Lewis* for Plaintiff Appellant.   *W. R. Young* and *E. H. Farrar* for Defendant.

The injunction was dissolved below with attorneys' fees and eight per centum on the sum enjoined as damages.

MANNING, C. J., delivered the opinion, increasing the damages to twenty per centum, but on rehearing,

DE BLANC, J., delivered the opinion, amending the decree by eliminating all damages, on the authority of Green *v.* Conery, *ante*, 27, and antecedent cases.

MANNING, C. J., and SPENCER, J., dissenting.